Argued and submitted April 9, affirmed May 9, 1984

BLOCK,
*Appellant,*

*v.*

BERG,
*Respondent.*

(A8203-01776; CA A29175)

680 P2d 1035

Craig D. White, Beaverton, argued the cause and filed the brief for appellant.

Joyce M. Bernheim, Portland, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

The judgment of the trial court is affirmed. This appeal was taken without probable cause. *See Broyles v. Estate of Brown,* 295 Or 795, 671 P2d 94 (1983). Respondent on appeal (defendant below) is awarded judgment in this court in the amount of $109.90, together with interest at the legal rate, from the date of this decision. ORS 19.160.

Affirmed with judgment for delay under ORS 19.160.